**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

| | |
|---|---|
| Edward Winchester, Jerod Peppers, and Adolph Lawrence, | Civ. No. 26-651 (JWB/SGE) |
| Plaintiffs, | |
| v. | |
| Kim, *Education Staff Member Kim*; Dylan, *Correctional Officer*; Jillian Tanaka, *Correctional Officer*; Kim Fast, *Correctional Officer*; Hill, *Correctional Officer*; Roth, *Sergeant*; Northwest Regional Correctional Center, *NWRCC*; and Minnesota Department of Corrections, *DOC*, | **ORDER ACCEPTING REPORT AND RECOMMENDATION OF MAGISTRATE JUDGE** |
| Defendants. | |

---

United States Magistrate Judge Shannon G. Elkins issued a Report and Recommendation ("R&R") on March 3, 2026. (Doc. No. 6.) No objections to that R&R have been filed in the time permitted. Absent timely objections, the R&R is reviewed for clear error. *See* Fed. R. Civ. P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996). Having reviewed the R&R, no clear error is found.

Based on the R&R of the Magistrate Judge, and on all the files, records, and proceedings in this case, **IT IS HEREBY ORDERED** that:

1.    The March 3, 2026 Report and Recommendation (Doc. No. 6) is **ACCEPTED**; and

2.    This case is **DISMISSED WITHOUT PREJUDICE** under Federal Rule

of Civil Procedure 41(b) for failure to prosecute.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Date: March 25, 2026

_s/ Jerry W. Blackwell_
JERRY W. BLACKWELL
United States District Judge